UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:13-CV-00594-FDW-DSC

| | |
|---|---|
| POTTER CONSTRUCTION SERVICES, INC, <br><br> Plaintiff, <br><br> vs. <br><br> PNC BANK, NATIONAL ASSOCIATION, <br><br> Defendant and Third Party Plaintiff, <br><br> vs. <br><br> JAMES R. YUHAS, <br><br> Third Party Defendant and Third Party Plaintiff. | ORDER |

**THIS MATTER** is before the Court *sua sponte* regarding the status of the case. On August 4, 2014, Plaintiff Potter Construction Services, Inc. filed a Report of Mediation notifying this Court that mediation was successful and the case had settled. (Doc. No. 28). Accordingly, the Court ORDERS the parties file an agreement for entry of judgment or a stipulation of dismissal within fourteen (14) days, or the Court will dismiss the case without prejudice.

IT IS SO ORDERED.

Signed: September 3, 2014

Frank D. Whitney
Chief United States District Judge